IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | |
| Movant | |
| v. | |
| NO RESPONDENT | |

CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR EXTENSION OF TIME,
TO FILE SCHEDULES, STATEMENT OF AFFAIRS, CHAPTER 13 PLAN
AND OTHER REQUIRED DOCUMENTS

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on October 7, 2022

The method of service made on the parties: SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: October 11, 2022

Respectfully submitted,

HUTZELMAN AND HARMON

By:/s/ Stephen H. Hutzelman
Stephen H. Hutzelman, Esq.
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
Stephen@hh-legal.com