IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Keith A. Pierce**<br><br>Debtor<br><br>**Keith A. Pierce**<br><br>Movant<br><br>v.<br><br>**No Respondent** | : : : : : : : : : : : : : : : | Bankruptcy No. **22-10434 GLT**<br><br>Chapter **13**<br><br>Related to Document Nos. **1 and 21** |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Stephen H. Hutzelman**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of Petition Completed.

By: **/s/ Stephen H. Hutzelman**
    Signature
    **Stephen H. Hutzelman**
    Typed Name
    **333 State Street**
    **Suite 203**
    **Erie, PA 16507**
    Address
    **814-459-7754 Fax:814-459-8996**
    Phone No.
    **06541 PA**
    List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Barbara A. Pierce
3063 West 11th Street
#9
Erie, PA 16505

Berkheimer Associates
PO Box 995
Bangor, PA 18013-0995

Centers for Rehab
PO Box 382059
Pittsburgh, PA 15250-0859

Cleveland Clinic
POB 89410
Cleveland, OH 44101-6410

Consumer Reports
PO Box 2073
Harlan, IA 51593-0272

Credit Management Company
Foster Plaza Building 7
661 Andersen Drive, Suite 110
Pittsburgh, PA 15220

Erie City Treasurer
Erie City Hall
626 State Street
Erie, PA 16501

Erie Water Works
340 West Bayfront Parkway
Erie, PA 16507-2004

Fairview Township Tax Collector
PO Box 90
Fairview, PA 16415

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Millcreek Township Tax Collector
3608 W 26th St #102
Erie, PA 16506

PA Dept of Revenue
Department 280948

Harrisburg, PA 17128-0948

Penelec / First Energy
PO Box 3687
Akron, OH 44309-3687

Spectrum
4145 S. Falkenburg Road
Riverview, FL 33578-8652

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

Waste Management
PO Box 43470
Phoenix, AZ 85080