IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-10434-GLT |
| KEITH A. PIERCE, | Chapter 13 |
| Debtor. | |
| KEITH A. PIERCE, | Related to Doc. No. 27 |
| Movant, | |
| v. | |
| BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, | Hearing: November 30, 2022, at 10:30 am |
| | Responses Due: November 14, 2022 |
| Respondents. | |

## CERTIFICATE OF SERVICE

I, Maribeth Thomas, herby certify that, I served or caused to be served a copy of PNC Bank, National Association's Response to Motion for Private Sale of Real Estate Free and Divested of Liens on November 14, 2022, upon all parties in interest via the Court's CM/ECF electronic notification system and, on November 15, 2022, upon the parties listed below via First Class U.S. Mail, postage prepaid, at the following addresses.

| | |
|---|---|
| Keith A. Pierce<br>1748 Clifford Dr.<br>Erie, PA 16505 | Stephen H. Hutzelman<br>Hutzelman and Harmon<br>333 State Street, Suite 203<br>Erie, PA 16507 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

TUCKER ARENSBERG, P.C.

Dated: November 15, 2022

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire (PA ID No. 208376)
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mthomas@tuckerlaw.com