IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. Nos. 18 and 19 |
| Movant | |
| v. | HEARING DATE: NOVEMBER 30, 2022 |
| NO RESPONDENT | HEARING TIME: 10:00 A.M. |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EMPLOY REALTOR**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection, or other responsive pleading to the **MOTION**, filed on **OCTOBER 13, 2022,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection, or other responsive pleading to the **MOTION** appears thereon. Pursuant to the Notice of Hearing, Objections to the **MOTION** were to be filed and served no later than **OCTOBER 30, 2022.**

It is hereby respectfully requested that the Order attached to the **MOTION** be entered by the Court.

Respectfully submitted,

SHAPIRA, HUTZELMAN & SMITH

By:/s/   Stephen H. Hutzelman
Stephen H. Hutzelman, Esquire
305 West Sixth Street
Erie, PA 16507
Phone: (814) 452-6800
Fax: (814) 456-2227
Email: shutzelman@shapiralaw.com
PA ID: 06541

Dated: November 18, 2022