IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. Nos. 24 and 25 |
| Movant | |
| v. | HEARING DATE: NOVEMBER 30, 2022 |
| BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents | HEARING TIME: 10:30 A.M. |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EMPLOY REALTOR**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection, or other responsive pleading to the **MOTION**, filed on **OCTOBER 28, 2022,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection, or other responsive pleading to the **MOTION** appears thereon. Pursuant to the Notice of Hearing, Objections to the **MOTION** were to be filed and served no later than **NOVEMBER 14, 2022.**

It is hereby respectfully requested that the Order attached to the **MOTION** be entered by the Court.

Respectfully submitted,

HUTZELMAN AND HARMON

By:/s/ Stephen H. Hutzelman
    Stephen H. Hutzelman, Esq.
    Michael W. Harmon, Esq.
    333 State Street, Suite 203
    Erie, PA 16507
    Phone: (814) 459-7754
    Fax:  (814) 459-8996
    stephen@hh-legal.com
    michael@hh-legal.com

Dated: November 18, 2022