IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. No. 36 |
| Movant | |
| v. | HEARING DATE: NOVEMBER 30, 2022 |
| BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents | HEARING TIME: 10:30 A.M. |

NOTICE OF CERTIFICATE OF NO OBJECTION FILED IN ERROR

TO THE CLERK:

    You are hereby notified that the Certificate of No Objection filed with regard to the above matter was filed in error and should be disregarded.

Date of Service: November 21, 2022

                              Respectfully submitted,

                              By: /s/   Stephen H. Hutzelman
                                    Stephen H. Hutzelman, Esq.
                                    333 State Street, Suite 203
                                    Erie, PA 16507
                                    Phone: (814) 459-7754
                                    Fax:  (814) 459-8996
                                    stephen@hh-legal.com