IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. No. |
| Movant | |
| v. | HEARING DATE: NOVEMBER 30, 2022 |
| BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents | HEARING TIME: 10:30 A.M. |

CERTIFICATE OF SERVICE BY PUBLICATION OF THE
NOTICE OF HEARING ON MOTION FOR SALE OF REAL ESTATE FREE AND DIVESTED OF LIENS

    I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that the Notice of Sale was served in the above captioned pleading by publication in the Erie Times News, on November 15, 2022, as is evidenced by the Proof of Publication attached hereto as Exhibit A.

Executed on: November 23, 2022

    Respectfully submitted,

    HUTZELMAN AND HARMON

    By: /s/ Stephen H. Hutzelman
         Stephen H. Hutzelman, Esq.
         333 State Street, Suite 203
         Erie, PA 16507
         Phone: (814) 459-7754
         Fax:  (814) 459-8996
         stephen@hh-legal.com



**LOCALiQ**

Erie Times-News | The Intelligencer
Bucks County Courier Times
The Daily American | Beaver County Times
Pocono Record | Burlington County Times

PO Box 630531 Cincinnati, OH 45263-0531

## PROOF OF PUBLICATION

Ann Hutzelman & Harmon
Hutzelman & Harmon
333 STATE ST SUITE 203
Erie PA 16507

STATE OF PENNSYLVANIA, COUNTY OF ERIE

The Erie Times-News is a newspaper of general circulation, whose principal place of business is at 205 W 12th Street, Erie, Pennsylvania. That a copy of the printed notice, hereto attached, is exactly as the same was printed and published in the regular edition of the Erie Times-News, published in the issue dated:

11/15/2022

Sworn to and subscribed before on 11/15/2022

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

7/27/25
_____
My commision expires

| | |
|---|---|
| Publication Cost: | $485.75 |
| Order No: | 8058300 |
| Customer No: | 584137 |
| PO #: | |

# of Copies: 1

**THIS IS NOT AN INVOICE!**

*Please do not use this form for payment remittance.*

SARAH BERTELSEN
Notary Public
State of Wisconsin

EXHIBIT A

Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CHAPTER 13

CASE NO. 22-10434 GLT

IN RE:
KEITH A. PIERCE,
Debtor

KEITH A. PIERCE,
Movant

v.

BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee,
Respondents

HEARING DATE: NOVEMBER 30, 2022
HEARING TIME: 10:30 A.M.

## NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION FOR SALE OF REAL ESTATE FREE AND DIVESTED OF LIENS

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than NOVEMBER 14, 2022, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on NOVEMBER 30, 2022 AT 10:30 A.M., before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website, (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-condference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: OCTOBER 28, 2022

Respectfully submitted,
By: /s/ Stephen H. Hutzelman
Stephen H. Hutzelman, Esq.
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
stephen@hh-legal.com

(11-8058300-NT-15)