IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  KEITH A. PIERCE,              :        CASE NO.  22-10434 GLT
                                      :
          Debtor                      :        CHAPTER 13
                                      :

## NOTIFICATION OF CHANGE OF ADDRESS

I, Stephen H. Hutzelman, Esquire, attorney for the Debtor in the above caption matter, hereby certify that the following address should be corrected for the named Creditor in the above case:

| Previous Address | New Address |
|---|---|
| Earthlink f/d/b/a One Communications<br>RMS Bankruptcy Recovery<br>PO Box 5126<br>Lutherville Timonium, MD 21094-5126 | Earthlink f/d/b/a One Communications<br>Recovery Management Solutions LLC<br>485 Cayuga Rd.<br>Cheektowaga, NY 14225 |
| Synerprise Consulting Svc. Inc.<br>5068 W. Plano Parkway<br>Plano, TX 75093-4408 | Synerprise Consulting Service<br>2809 Regal Road, Suite 107<br>Plano, TX 75075 |

Future correspondence from the Court should be directed to the corrected addresses.

Respectfully submitted,

HUTZELMAN AND HARMON

By:  /s/ Stephen H. Hutzelman
    Stephen H. Hutzelman, Esq.
    Michael W. Harmon, Esq.
    333 State Street, Suite 203
    Erie, PA 16507
    Phone: 814-459-7754
    Fax: 814-459-8996
    Stephen@hh-legal.com
    Michael@hh-legal.com

Dated: November 29, 2022

## CERTIFICATE OF SERVICE

I, Stephen H. Hutzelman, Esquire, certify under penalty of perjury, certify that on this day, I served, or caused to be served, the CERTIFICATION OF CHANGE OF ADDRESS in the above matter, on each of the following parties by the method indicated:  SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Standing Trustee, WD of PA<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | Office of the US Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov |

\s\   Stephen H. Hutzelman, Esquire
      Attorney for Debtor