IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/1/22 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.: 22-10434-GLT
  :  Chapter: 13
Keith A. Pierce  :
  :
  :  Date: 11/30/2022
  *Debtor(s).*  :  Time: 10:30

## PROCEEDING MEMO

**MATTER:**   #27 Motion for Private Sale of Real Estate Free and Divested of Liens Re: 1352 West 10th Street Erie, PA
  #33 - Response filed by PNC Bank
  #42 - Proof of Publication in the Erie Times News on 11/15/22
  #46 - Withdrawal of Response
  #47 - Amended Proposed Order

**APPEARANCES**:
  Debtor:    Stephen H. Hutzelman
  Trustee:   Owen Katz

**NOTES:**   [10:48]

Hutzelman: All contingencies has been satisfied. Co-owner consents to the sale.

Katz: Trustee fees are $1,575.99.

*Property is exposed for sale. No higher or better offers.*

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Private Sale of Real Estate Free and Divested of Liens* [Dkt. No. 27] is APPROVED. [HT to enter proposed order at Dkt. No. 47 with modifications].

**DATED:** 11/30/2022