# *Erie County Legal Journal*
# Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

## COPY OF NOTICE

Friday, __November 18__, 20__22__

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_Megan E. Anthony_, Managing Editor

Sworn to and subscribed before me this __18th__ day of __November__, 20__22__

_Katherine Wing_
Notary Public

MY COMMISSION EXPIRES

Commonwealth of Pennsylvania - Notary Seal
Katherine Wing, Notary Public
Erie County
My commission expires July 15, 2026
Commission number 1422732

---

**BANKRUPTCY NOTICE**
IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CHAPTER 13
CASE NO. 22-10434 GLT
Related to Doc. No.
HEARING DATE: NOVEMBER 30, 2022
HEARING TIME: 10:30 A.M.
IN RE:
KEITH A. PIERCE, Debtor
KEITH A. PIERCE, Movant
v.
BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION FOR SALE OF REAL ESTATE FREE AND DIVESTED OF LIENS**
TO THE RESPONDENT(S):
You are hereby notified that the Movant seeks an order affecting your rights or property.
You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than NOVEMBER 14, 2022, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.
You should take this Notice and the Motion to a lawyer at once.
An in-person hearing will be held on NOVEMBER 30, 2022 AT 10:30 A.M., before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website, (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.
Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.
Date of Service: OCTOBER 28, 2022

Respectfully submitted,
By: /s/ Stephen H. Hutzelman
Stephen H. Hutzelman, Esq.
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
stephen@hh-legal.com

Nov. 18