FILED
12/12/22 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. No. 53 |
| Movant | |
| v. | HEARING DATE: NOVEMBER 30, 2022 |
| BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents | HEARING TIME: 10:30 A.M. |

## AMENDED MODIFIED ORDER CONFIRMING PRIVATE SALE OF REAL ESTATE FREE AND DIVESTED OF LIENS

AND NOW, this __12th__ day of DECEMBER, 2022, upon consideration of the KEITH A. PIERCE, the Motion for the Sale of Real Estate, Free and Divested of Liens, to Madeline Morganti and Michael Morganti for the sum of $40,000.00, after hearing held in the Bankruptcy Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. , this date, the Court finds:

(1)    The service of the Notice of Hearing and Order setting hearing on said Motion for Private Sale of Real Property Free and Divested of Liens, of the above named Respondents, was effected on the following secured creditors, whose liens or interests are recited in said Motion for Private Sale, viz:

| DATE OF SERVICE | NAME OF LIEN HOLDER |
|---|---|
| October 28, 2022 | Barbara Pierce<br>3063 West 11th Street, #9<br>Erie, PA 16505 |
| October 28, 2022 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West 6th Street, Room 110<br>Erie, PA 16501 |
| October 28, 2022 | Erie City Treasurer<br>Erie City Hall<br>626 State Street<br>Erie, PA 16501 |
| October 28, 2022 | Erie Water Works<br>340 West Bayfront Parkway<br>Erie, PA 16507 |

| October 28, 2022 | Ronda J. Winnecour, Esquire<br>Chapter 13 Standing Trustee, WD of PA<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Email: cmecf@chapter13trusteewdpa.com |
|---|---|

(2)      That sufficient general notice of said sale hearing and sale, together with the confirmation hearing

thereon, was given to the creditors and the parties in interest by the Movant as shown by the Certificate of Service

duly filed and that the named parties were duly served with the Motion.

(3)      That said sale hearing was duly advertised in THE ERIE TIMES NEWS on NOVEMBER 15, 2022,

and in THE ERIE COUNTY LEGAL JOURNAL on NOVEMBER 18, 2022, as shown by the Proof of Publication

duly filed and placed on the EASI BANKRUPTCY COURT SALE WEBSITE on OCTOBER 28, 2022.

(4)      That at the sale hearing, the highest/best offer received was that of the above Purchaser(s) and no

objections to the sale were made which would result in cancellation of said sale.

(5)      That the price of $40,000.00, offered by Madeline Morganti and Michael Morganti for the sum of

$40,000.00 was a full and fair price for the property in question.

(6)      That the purchaser(s) has acted in good faith with respect to the within sale in accordance with In Re:

Abbotts Dairies of Pennsylvania, Inc., 788 F2d. 143, (3d Cir. 1986).

NOW THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED, that the sale by Special

Warranty Deed of the real property described as:

> All that certain piece or parcel of land situate in the City of Erie, County of Erie and
> Commonwealth of Pennsylvania, bounded and described as follows, to-wit:
> BEGINNING at a point in the north line of 10th Street, one hundred two and one-
> fourth (102¼) feet east of the east line of Weschler Avenue; thence northwardly
> parallel with Weschler Avenue, one hundred three (103) feet; thence eastwardly
> parallel with 10th Street, thirty-one and one-fourth (31¼) feet; thence southwardly
> parallel with Weschler Avenue, one hundred three (103) feet to the north line of 10th
> Street; thence westwardly along the north line of 10th Street, thirty-one and one-
> fourth (31¼) feet to the place of beginning.  Having erected thereon a two-family
> frame flat, and being more commonly known as 1352 West 10th Street, Erie, PA.

for the purchase price of $40,000.00, is hereby CONFIRMED to MADELINE MORGANTI and MICHAEL

MORGANTI,  free and divested of liens and claims, and, that the Movant is authorized to make, execute and deliver

to the Purchaser(s) above named the necessary deed and/or other documents required to transfer the title to the

property purchased upon compliance with the terms of sale;

It is FURTHER ORDERED,  that the above recited liens and claims, be,  and they hereby are, transferred to

the proceeds of sale, if and to the extent that they may be determined to be valid liens against the sold property, that

the within decreed sale shall be free, clear, and divested of said liens and claims;

It is FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of

closing.  Failure of the Closing Agent to timely make and forward the disbursements required by this Order will

subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages,

after notice and hearing, for failure to comply with the above terms of this Order.  The closing agent is authorized to

distribute the distributions specifically authorized herein with all remaining funds to be held by Counsel for Movant

pending further Order of this Court after notice and hearing:

1. 2022 Real Estate taxes owed to the Erie City Treasurer, whose address is Erie City Hall, 626 State Street,

Erie, Pennsylvania 16501, in the estimated at $2,011.31.

2. Delinquent real estate taxes owed to the Erie County Tax Claim Bureau, whose address is Erie County

Courthouse, 140 West 6th Street, Room 110, Erie, PA 16501 for the years of 2012 through 2021 estimated amount

of $26,767.77.

3. Assessment for use charges, as well as the municipal lien of Erie Water Works, whose address is 340 West

Bayfront Parkway, Erie, PA 16507, estimated amount of $4,725.36.

4. Administrative fee to Ronda J. Winnecour, Esquire, Chapter 13 Trustee, whose address is Suite 3250, USX

Tower, 600 Grant Street, Pittsburgh, PA 15219 in the amount of $1,575.99.

5. Court approved retention of the realtor, HOWARD HANNA REAL ESTATE SERVICES in the amount

of 5% of the purchase price, pursuant to the approved listing agreement, or $2,000.00.

6. Court approved attorneys fees and costs for all legal services pertaining to this Motion and costs incurred

therein, in the amount of $750.00, plus title report fee of $150.00, refund of advertising costs to the ERIE TIMES

NEWS, in the amount of $485.75, and in the ERIE COUNTY LEGAL JOURNAL in the amount of $267.75, copy

fees at $.15 per copy of $21.00, and postage costs for service of $9.60 for service of the within Motion and Order,

certified copy of the Order for sale $14.50, shall be paid to Stephen H. Hutzelman, Esquire, attorney for the Debtor

/Movant. said fees and costs being in the total amount of $1,698.60.

7. One percent (one half) of the real estate transfer taxes of $400.00 (based upon $40,000.00 sales price).

8. Any other net proceeds, if any, to Ronda J. Winnecour, Chapter 13 Trustee, PO Box 1132, Memphis, TN

38101-1132 for payment of Trustee commission and distribution under Debtor's Chapter 13 Plan, upon further Order

of the Court.

9.  Other: N/A

IT IS FURTHER ORDERED that:

(1)      Within seven (7) days of the date of this Order, Movant/Movant shall serve a copy of the within

Order on each Defendant (i.e. each party against whom relief was sought) and its attorney of record, if any, upon any

attorney or party who answered the Motion or appeared at the hearing, the attorney or party who answered the Motion

or appeared at the hearing, the attorney for the Debtor, the Closing Agent, the Purchaser, and the attorney for the

purchaser, if any, and file a certification of service;

(2)      Closing shall occur within thirty (30) days of this Order;

(3)      Within seven (7) days following closing, the Movant shall file a Report of Sale which shall include

a copy of the HUD-1 or other Settlement Statement; and

(4)      This sale confirmation Order survives any dismissal or conversion of the within case.

(5)      Notwithstanding anything in the sale agreement to the contrary, any dispute arising between the
buyer(s) and seller(s) shall be submitted to the Bankruptcy Court for adjudication or resolution, for so
long as this case is pending.


Dated: 12/12/22

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 22-10434-GLT

Keith A. Pierce                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                    Page 1 of 1
Date Rcvd: Dec 12, 2022                   Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | + Keith A. Pierce, 1748 Clifford Dr., Erie, PA 16505-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed
below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Maribeth Thomas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Stephen H. Hutzelman | |
| | on behalf of Debtor Keith A. Pierce stephen@hh-legal.com  shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |

TOTAL: 5