# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| In re: | : | Case No.: | 22-10434-GLT |
|  | : | Chapter: | 13 |
| Keith A. Pierce | : |  |  |
|  | : |  |  |
|  | : | Date: | 2/8/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

FILED
2/9/23 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER:**     # 62 Objection to Claim of PNC Bank NA. At claim number 6.
     # 69 - Response filed by PNC Bank, NA
     # 64 Objection to Claim of PNC Bank, NA. At claim number 8.
     # 70 - Response filed by PNC Bank NA

***APPEARANCES***:
   Debtor:   Stephen H. Hutzelman
   Trustee:  Ronda J. Winnecour
   PNC:      Maribeth Thomas

**NOTES:**   [10:25]

Hutzelman: Listing a debt in the bankruptcy schedules is not acknowledgment of a debt for statute of limitations purposes. Requesting an evidentiary hearing.

Thomas: Does not think that is necessary.

Court: Short sale does not rise to acknowledgment of a debt? May or may not be a factual issue. Only evidentiary issue is with claim 6.

Hutzelman: Question about prior sale order for the sale that collapsed, but is now alive again.

**OUTCOME:**

1) Hearing held. [Chambers to prepare].

2) To the extent that the Debtor seeks to confirm the efficacy of the Court's sale order [Dkt. No. 54] issued on December 12, 2022, he shall file the appropriate motion on or before February 17, 2023. [Text order].

**DATED:**  2/8/2023