Certificate Number: 20611-PAW-DE-037172834

Bankruptcy Case Number: 22-10434



20611-PAW-DE-037172834

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2023, at 2:29 o'clock PM EST, Keith A Pierce completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 9, 2023                By:   /s/Kathleen B Mills

                                        Name: Kathleen B Mills

                                        Title: TEN Financial Educator