IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. Nos. 54 and 75 |
| Movant | |
| v. | |
| BARBARA PIERCE, ERIE CITY TREASURER, ERIE COUNTY TAX CLAIM BUREAU, ERIE WATER WORKS, and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents | |

CERTIFICATE OF SERVICE OF ORDER GRANTING
MOTION FOR CONFIRMATION OF THE ORDER CONFIRMING
SALE ORDER OF DECEMBER 12, 2022 FOR PRIVATE SALE OF REAL ESTATE

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on February 22, 2023,

The method of service made on the parties: AS STATED ON ATTACHED SHEET.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: February 22, 2023

                Respectfully submitted,

                HUTZELMAN AND HARMON

                By: /s/  Stephen H. Hutzelman
                        Stephen H. Hutzelman, Esq.
                        333 State Street, Suite 203
                        Erie, PA 16507
                        Phone: (814) 459-7754
                        Fax:  (814) 459-8996
                        stephen@hh-legal.com

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov


SERVICE BY ELECTRONIC NOTIFICATION:

George Joseph, Esquire
Quinn Firm
2222 West Grandview Blvd.
Erie, PA 16506
gjoseph@quinnfirm.com

Mary Magorien
Howard Hanna Real Estate Services
3738 Sterrettania Road
Erie, PA 16506
via email: mmagorien@howardhanna.com

Lynn Firch
Barristers Land Abstract
100 State street, Suite 602
Erie, PA 16507
LynnFirch@howardhanna.com


SERVICE OF BY FIRST CLASS MAIL, POSTAGE PREPAID:

Mr. and Mrs. Morganti
945 West 36th Street
Erie, PA 16508