IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 22-10434-GLT |
| KEITH A. PIERCE, : | |
| Debtor. : | Chapter 13 |
| KEITH A. PIERCE, : | Related to Doc. Nos. 62, 69, and 78, and Claim No. 6 |
| Movant, : | |
| v. : | |
| PNC BANK, NATIONAL ASSOCIATION, : | |
| Respondent. : | |

## NOTICE OF FILING OF EXHIBITS

PNC Bank, National Association ("**PNC Bank**"), by and through its undersigned counsel, and with the consent of the Debtor, Keith A. Pierce (the "**Debtor**") files this Notice of Filing of Exhibits pursuant to the Court's Order dated February 15, 2023. [Doc. No. 78.]. The attached Exhibits, as described below, have been reviewed by the Debtor and his counsel, both of whom confirmed their authenticity.

| | |
|---|---|
| Exhibit 1 | Hardship Affidavit dated 7/22/2022 from Debtor to PNC Bank |
| Exhibit 2 | Hardship Assistance Application signed by Debtor on 7/22/2022 |
| Exhibit 3 | Authorization re: Hardship Assistance Application signed by Debtor on 7/22/2022 |
| Exhibit 4 | Broker Price Opinion dated 8/2/2022 |
| Exhibit 5 | Title Report |
| Exhibit 6 | Contract of Sale dated 8/18/2022 |
| Exhibit 7 | Loss Mitigation Denial Letter to Debtor from PNC Bank dated 8/24/2022 |
| Exhibit 8 | Loss Mitigation Denial Letter to Debtor's counsel from PNC Bank dated 8/26/2022 |
| Exhibit 9 | Loss Mitigation Denial Letter to Debtor's counsel from PNC Bank dated 10/28/2022 |
| Exhibit 10 | Loss Mitigation Denial Letter to Trustee from PNC Bank dated to 10/28/2022 |
| Exhibit 11 | Loss Mitigation Denial Letter to Debtor from PNC Bank dated 10/31/2022 |
| Exhibit 12 | Loss Mitigation Denial Letter to Debtor's counsel from PNC Bank dated 10/31/2022 |
| Exhibit 13 | Loss Mitigation Denial Letter to Trustee from PNC Bank dated 10/31/2022 |

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 1, 2023 | TUCKER ARENSBERG, P.C. |
|  | */s/ Maribeth Thomas* |
|  | Maribeth Thomas, Esquire |
|  | PA ID No. 208376 |
|  | 1500 One PPG Place |
|  | Pittsburgh, Pennsylvania 15222 |
|  | (412) 566-1212 |
|  | mthomas@tuckerlaw.com |
|  | *Counsel for PNC Bank, National Association* |

With the consent of:

*/s/ Stephen H. Hutzelman*
Stephen H. Hutzelman, Esquire
PA ID No. 06541
HUTZELMAN AND HARMON
333 State Street, Suite 203
Erie, PA 16507
(814) 459-7754
stephen@hh-legal.com

*Counsel for Debtor*