FILED
3/7/23 5:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10434-GLT |
| | : | Chapter 13 |
| **KEITH A. PIERCE**, | : | |
| *Debtor*. | : | Related Doc. Nos. 62 and 78 |
| | : | |
| **KEITH A. PIERCE**, | : | |
| *Movant*. | : | |
| v. | : | |
| **PNC BANK, NA**, | : | |
| *Respondent*. | : | |

**ORDER SCHEDULING DATES TO FILE
BRIEFS AND REQUEST ORAL ARGUMENT**

This matter is before the Court on the *Objection to Claim of PNC Bank at Claim No. 6* [Dkt. No. 62] (the "Objection"). The Court held a hearing on the *Objection* on February 8, 2023 at which time the Movant requested an evidentiary hearing. The Court stated to the parties that they could file a supplemental statement or brief responding to any of the issues raised during the February 8 hearing. On March 1, 2023, the Respondent filed a *Notice Regarding Filing of Exhibits* [Dkt. No. 86]. Based on the record created, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. ***On or before March 29, 2023***, the Debtor shall file his initial brief in support of the *Objection*;

2. ***On or before April 19, 2023***, the Respondent shall file its responsive brief;

    3. To the extent Debtor seeks to file a reply brief, it is due on or before April 26, 2023;

    4. The remaining matters in dispute are:

     a. Whether the Debtor acknowledged PNC Bank's obligation in 2022 so as to toll the applicable statute of limitations;

     b. Whether or not the applicable statute of limitations was tolled during the Debtor's prior bankruptcy proceeding; and

     c. Whether or not the applicable statute of limitations prohibits any collection of the claims referenced in Claims Nos. 6 and 8.

    5. To the extent any party requests oral argument, such request must be made in writing on or before May 3, 2023.

Dated: March 7, 2023

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10434-GLT |
| Keith A. Pierce | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Mar 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith A. Pierce, 1748 Clifford Dr., Erie, PA 16505-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 10, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen H. Hutzelman | on behalf of Debtor Keith A. Pierce stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |

TOTAL: 5