IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE,<br>Debtor | CASE NO. 22-10434 GLT |
| KEITH A. PIERCE,<br>Movant | Related to Doc. Nos. 62, 64, 69 and 70 |
| v. | Related to Claim Nos. 6 and 8 |
| PNC BANK, NATIONAL ASSOCIATION,<br>Respondent | |

**AMENDED CERTIFICATE OF SERVICE OF**
**BRIEF IN SUPPORT OF OBJECTIONS TO CLAIMS OF PNC BANK**

 I, STEPHEN H. HUTZELMAN, ESQ. certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on March 28, 2023

 The method of service made on the parties: AS STATED ON ATTACHED SHEET.

 If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: March 28, 2023

            Respectfully submitted,

            HUTZELMAN AND HARMON

            By: /s/ Stephen H. Hutzelman
              Stephen H. Hutzelman, Esquire
              333 State Street, Suite 203
              Erie, PA 16507
              Phone: 814-459-7754
              Fax: 814-459-8996
              email: michael@hh-legal.com
              PA ID 06541

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov


FIRST CLASS MAIL AND CERTIFIED MAIL, POSTAGE PREPAID:

PNC Bank, NA
One PNC Plaza
249 Fifth Ave.
Pittsburgh, PA 15222

FIRST CLASS MAIL POSTAGE PREPAID AND EMAIL:

PNC Bank, NA
PO Box 94982
Cleveland, Ohio 44101
bankruptcy.claims@pnc.com.


Maribeth Thomas, Esquire
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222
mthomas@tuckerlaw.com