FILED
7/6/23 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-10434-GLT |
| **KEITH A. PIERCE**, | : | Chapter 13 |
| *Debtor.* | : | |
| **KEITH A. PIERCE**, | : | |
| *Movant*, | : | Related to Dkt. Nos. 62, 64, 69, 70, 90, 92, and 100. |
| v. | : | |
| **PNC BANK, NATIONAL ASSOCIATION**, | : | |
| *Respondent.* | : | |

## ORDER

These matters came before the Court on the *Objection to Claim (No. 6)* [Dkt. No. 62] and the *Objection to Claim (No. 8)* [Dkt. No. 64] filed by the debtor Keith A. Pierce. In accordance with the *Memorandum Opinion* of even date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Objection to Claim (No. 6)* [Dkt. No. 62] is **DENIED**.

2. The *Objection to Claim (No. 8)* [Dkt. No. 64] is **DENIED**.

Dated: July 6, 2023

**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10434-GLT |
| Keith A. Pierce | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

**Recip ID        Recipient Name and Address**
db          +  Keith A. Pierce, 1748 Clifford Dr., Erie, PA 16505-2806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

**Name            Email Address**

Brian Nicholas
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Maribeth Thomas
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

Stephen H. Hutzelman
        on behalf of Debtor Keith A. Pierce stephen@hh-legal.com  shutzelman@ecf.inforuptcy.com;ann@hh-legal.com

TOTAL: 5