# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/20/23 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-10434-GLT |
| | : | Chapter: 13 |
| Keith A. Pierce | : | |
| | : | |
| | : | Date: 9/20/2023 |
| *Debtor(s).* | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**   #23 - Contested Confirmation on Plan Dated 10/28/2022 [NFC]
  #43  - Objection by PNC Bank NA
  #106 - Objection Filed by Trustee
  # 108 - Status Report filed by the Debtor

[# 105 Conciliation hearing held. Contested Confirmation
Hearing requested - Unresolved objections to plan. From
8/22/2023 conciliation conference. Denise Carlon, representing
   PNC Bank, appeared]

**APPEARANCES**:
  Debtor:    Stephen H. Hutzelman
  Trustee:    Kate Desimone

**NOTES:**   [10:41]

Desimone: Plan dependant on the sale of property.

Hutzelman: Received offer of $110,000. Could file motion to approve sale next week. Received $5,000 deposit, being held by the real estate agent.

Court: Willing to let that proceed.

**OUTCOME:**

1) For reasons stated on the record, confirmation of the chapter 13 plan dated October 28, 2022 [Dkt. No. 23] is continued to December 13, 2023 at 11 a.m.. Further, the Debtor shall: (a) submit a sale motion or commence an adversary to sell the Ridge Road property on or before October 4, 2023, (b) receive approval of sale order by November 4, 2023, and (c) close the sale on or before November 20, 2023. [Text order].

**DATED:**  9/20/2023