IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. No.   111 and 112 |
| Movant | |
| v. | |
| BARBARA PIERCE, ERIE COUNTY TAX CLAIM BUREAU, FAIRVIEW TOWNSHIP TAX COLLECTOR, and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents | |

PROOF OF PUBLICATION

Attached you will find the Times News Proof of Publication of the Notice of Sale in the above matter.

Respectfully submitted,

HUTZELMAN AND HARMON

By: /s/    Stephen H. Hutzelman
Stephen H. Hutzelman, Esq.
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
Stephen@hh-legal.com
PA ID 06541

Dated: October 18, 2023

# LOCALiQ

Erie Times-News | The Intelligencer
Bucks County Courier Times
The Daily American | Beaver County Times
Pocono Record | Burlington County Times

PO Box 630531 Cincinnati, OH 45263-0531

## PROOF OF PUBLICATION

Ann Hutzelman & Harmon
Hutzelman & Harmon
333 STATE ST SUITE 203
Erie PA 16507

STATE OF PENNSYLVANIA, COUNTY OF ERIE

The Erie Times-News is a newspaper of general circulation, whose principal place of business is at 205 W 12th Street, Erie, Pennsylvania. That a copy of the printed notice, hereto attached, is exactly as the same was printed and published in the regular edition of the Erie Times-News, published in the issue dated:

09/26/2023

Sworn to and subscribed before on 09/26/2023

Legal Clerk

Notary, State of WI, County of Brown

My commission expires

Publication Cost:   $351.70
Order No:           9322485           # of Copies:
Customer No:        584137            1
PO #:

## THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

AMY KOKOTT
Notary Public
State of Wisconsin

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
BANKRUPTCY CASE NO. 22-10434 GLT
CHAPTER 13
IN RE: KEITH A. PIERCE, Debtor
v.
BARBARA PIERCE, ERIE COUNTY TAX CLAIM BUREAU, FAIRVIEW TOWNSHIP TAX COLLECTOR, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents
HEARING DATE: OCTOBER 18, 2023
HEARING TIME: 10:30 a.m.
NOTICE OF HEARING ON MOTION TO SELL REAL PROPERTY FREE AND DIVESTED OF LIENS
To the creditors and parties in interest of the above named Debtor:
NOTICE IS HEREBY GIVEN THAT DEBTOR, KEITH A. PIERCE has filed a Motion for Sale of Real Estate Free and Divested of Liens the following property: 6153 West Ridge Road, Fairview, Pennsylvania located in the Township of Fairview, Erie County, Pennsylvania and bearing Erie County Assessment Number 21-058-082.0-013.00 and 21-058-082.0-015.01.
to Nathaniel J. Brosig for $110,000.00 according to the terms set forth in the Motion for Sale.
On or before October 9, 2023, any Objections to the sale shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501, with a copy served on all interested parties.
A hearing is scheduled for October 18, 2023 at 10:30 A.M., before Judge Gregory L. Taddonio in: (the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 OR Courtroom ACQ, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA), at which time higher/better offers will be considered and Objections to the sale will be heard.
Date of Notice: 9/22/2023
Stephen H. Hutzelam
Trustee/Attorney for Debtor
Arrangements for inspection prior
to said sale hearing may be made with:
Mary Magorien
Howard Hanna Real Estate Services
3738 Sterrettania Road
Erie, PA 16506
Office: (814) 835-1200
(9-9322485-NT-26)