# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/19/23 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 22-10434-GLT |
| --- | --- | --- | --- |
|  | : | Chapter: | 13 |
| Keith A. Pierce | : |  |  |
|  | : |  |  |
|  | : | Date: | 10/18/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 111 Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: 6153 West Ridge Road, Fairview, PA filed by the Debtor
# 114 - Response filed by the ch.13 trustee

**APPEARANCES**:
Debtor:    Stephen H. Hutzelman, Keith Pierce, Barbara Pierce
Trustee:    Ronda J. Winnecour

**NOTES:**   [10:46]

Hutzelman: Offer of $110,000. Buyer has no relation to the Debtor. All contingencies satisfied. Has amended proposed order that addresses trustee commission.

*Property exposed for sale. $110,000 highest and best offer*

Winnecour: Consider $5,000 for general unsecured creditors?

Hutzelman: Can agree to that.

**OUTCOME:**

1) For reasons stated on the record, the *Motion for Private Sale of Real Estate Free and Divested of Liens* [Dkt. No. 111] is APPROVED subject to modification to paragraph 9. [HT to enter amended proposed order with modifications].

**DATED:**  10/18/2023