IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. No. |
| Movant | |
| v. | |
| BARBARA PIERCE, ERIE COUNTY TAX CLAIM BUREAU, FAIRVIEW TOWNSHIP TAX COLLECTOR, and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents | |

PROOF OF PUBLICATION

Attached you will find the Erie County Legal Journal Proof of Publication of the Notice of Sale in the above matter.

Respectfully submitted,

HUTZELMAN AND HARMON

By:/s/    Stephen H. Hutzelman
Stephen H. Hutzelman, Esq.
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
Stephen@hh-legal.com
PA ID 06541

Dated: October 25, 2023

# *Erie County Legal Journal*
## Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

Friday, __September 29__, 20__23__

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

__Megan E. Anthony__, *Managing Editor*

Sworn to and subscribed before me this __29th__ day of __September__, 20__23__

__Katherine Wing__
*Notary Public*

**MY COMMISSION EXPIRES**

Commonwealth of Pennsylvania - Notary Seal
Katherine Wing, Notary Public
Erie County
My commission expires July 15, 2026
Commission number 1422732

---

BANKRUPTCY
NOTICE OF SALE
IN THE UNITED STATES
BANKRUPTCY COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA
CHAPTER 13
CASE NO. 22-10434 GLT
HEARING DATE:
OCTOBER 18, 2023
HEARING TIME: 10:30 A.M.
IN RE: KEITH A. PIERCE, Debtor
KEITH A. PIERCE, Movant
v.
BARBARA PIERCE, ERIE COUNTY TAX CLAIM BUREAU, FAIRVIEW TOWNSHIP TAX COLLECTOR, and RONDA J. WINNECOUR, Chapter 13 Trustee, Respondents
**NOTICE OF HEARING ON MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS**

To the creditors and parties in interest of the above named Debtor:
NOTICE IS HEREBY GIVEN THAT **DEBTOR, KEITH A. PIERCE** has filed a **Motion for Sale of Real Estate Free and Divested of Liens** the following property: 6153 West Ridge Road, Fairview, Pennsylvania located in the Township of Fairview, Erie County, Pennsylvania and bearing Erie County Assessment Number 21-058-082.0-013.00 and 21-058-082.0-015.01.
to **Nathaniel J. Brosig** for **$110,000.00** according to the terms set forth in the *Motion for Sale*. **On or before October 9, 2023**, any *Objections* to the sale shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160,