**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/13/23 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                          :        Case No.:    22-10434-GLT
                                                :        Chapter:     13
Keith A. Pierce                                 :
                                                :
                                                :
            *Debtor(s).*                        :

## PROCEEDING MEMO

-

*MATTER:*        # 23 - Continued Contested Confirmation of Plan Dated 10/28/22

*APPEARANCES*:
            Debtor:      Stephen H. Hutzelman
            Trustee:     Owen Katz

*NOTES:*    [11:08]

Katz: Payments being made right now are not sufficient to fund plan. There are sale proceeds, but cannot make disbursements without further court order.

Hutzelman: Agrees that the current plan cannot be confirmed. Can file plan within the next 30 days.

*OUTCOME:*

1) For the reasons stated on the record, on or before January 12, 2024, the Debtor shall file an amended plan. [Text order].

**DATED:**