**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/28/2024

IN RE:

| | |
|---|---|
| KEITH A. PIERCE | Case No.22-10434 |
| 1748 CLIFFORD DR. | |
| ERIE,  PA  16505 | Chapter 13 |
| XXX-XX-5895          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/28/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC** (FRMRLY BRIAN C. NICH** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O DENISE CARLON ESQ | Court Claim Number: | | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | | |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK NA/PRAE | | |

| | | | |
|---|---|---|---|
| **CITY OF ERIE - R/E TAXES** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| C/O CITY TREASURER-CURR CLLTR | Court Claim Number: | | ACCOUNT NO.:  3100 |
| 626 STATE ST ROOM 105 | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16501 | COMMENT:  22/SCH*CMBD @ 1*SOLD | | |

| | | | |
|---|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number: | | ACCOUNT NO.:  3100 |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16501 | COMMENT:  12-21/SCH*SAME DEBT AS CL 1 | | |

| | | | |
|---|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:4   INT %: 9.00% | | CRED DESC:  SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:2 | | ACCOUNT NO.:  1100 |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM:  13,816.79 | | |
| ERIE, PA  16501 | COMMENT:  33-040-128.0-011.00*13,16-20*WNTS 9%*TTL$13816.79@9%/PL*RSV~2B PD-ESCRO' | | |

| | | | |
|---|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:5   INT %: 9.00% | | CRED DESC:  SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:3 | | ACCOUNT NO.:  1300 |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16501 | COMMENT:  SOLD*21-058-082.0-013.00*12-13,16-20*WNTS 9*$0@9%/PL*$16521.36/CL*12-21/SCI- | | |

| | | | |
|---|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:6   INT %: 9.00% | | CRED DESC:  SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:4 | | ACCOUNT NO.:  1501 |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16501 | COMMENT:  SOLD*21-058-082.0-015.01*16-20*5244.34/PL@9%~$4001.92*WNTS 9% | | |

| | | | |
|---|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:1 | | ACCOUNT NO.:  3100 |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16501 | COMMENT:  16-030-061.0-131.00*12-14,16-20*WNTS 9*$0@9%/PL~PD@SALE*$24377.52/CL*SOL| | | |

| | | | |
|---|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number: | | ACCOUNT NO.: |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16501 | COMMENT:  NO YRS~PLUS ADJACENT LOT/SCH*SAME DEBT AS CL 3 & 4 | | |

| | | | |
|---|---|---|---|
| **ERIE WATER WORKS*** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| 340 WEST BAYFRONT PKWY | Court Claim Number: | | ACCOUNT NO.:  0350 |
| | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16507-2004 | COMMENT:  22~WTR SWR REFUSE/SCH*50.28@9%/PL~2bPD@SALE*SOLD | | |

| | | | |
|---|---|---|---|
| **ERIE WATER WORKS*** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| 340 WEST BAYFRONT PKWY | Court Claim Number: | | ACCOUNT NO.:  9920 |
| | | | |
| | CLAIM:  0.00 | | |
| ERIE, PA  16507-2004 | COMMENT:  22/SCH*1790.87@9%/PL~2bPD@SALE*SOLD | | |

CLAIM RECORDS

---

| ERIE WATER WORKS* | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 340 WEST BAYFRONT PKWY | Court Claim Number: | ACCOUNT NO.:  9980 |
| | CLAIM:  0.00 | |
| ERIE, PA  16507-2004 | COMMENT:  22/SCH*1044.10@9%/PL~2bPD@SALE*SOLD | |

---

| ERIE WATER WORKS* | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 340 WEST BAYFRONT PKWY | Court Claim Number: | ACCOUNT NO.:  9920 |
| | CLAIM:  0.00 | |
| ERIE, PA  16507-2004 | COMMENT:  22/SCH*602.42@9%/PL~2bPD@SALE*SOLD | |

---

| ERIE WATER WORKS* | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 340 WEST BAYFRONT PKWY | Court Claim Number: | ACCOUNT NO.:  0355 |
| | CLAIM:  0.00 | |
| ERIE, PA  16507-2004 | COMMENT:  22/SCH*43.13@9%/PL~2bPD@SALE*SOLD | |

---

| ERIE WATER WORKS* | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 340 WEST BAYFRONT PKWY | Court Claim Number: | ACCOUNT NO.:  9980 |
| | CLAIM:  0.00 | |
| ERIE, PA  16507-2004 | COMMENT:  22/SCH*1188.45@9%/PL~2bPD@SALE*SOLD | |

---

| FAIRVIEW TOWNSHIP (RE)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O TAX COLLECTOR - CURR YR | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 90 | | |
| | CLAIM:  0.00 | |
| FAIRVIEW, PA  16415 | COMMENT:  22/SCH*INCL IN TCB?NT PROV/PL~NO PROP ADRS OR ACCT NO | |

---

| FAIRVIEW TOWNSHIP (RE)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O TAX COLLECTOR - CURR YR | Court Claim Number: | ACCOUNT NO.:  1501 |
| PO BOX 90 | | |
| | CLAIM:  0.00 | |
| FAIRVIEW, PA  16415 | COMMENT:  NO YRS/SCH*1566.61@9%/PL*SAME DEBT AS CL 3 & 4 | |

---

| MILLCREEK TOWNSHIP (RE)** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O TAX COLLECTOR-CURRENT YEAR | Court Claim Number: | ACCOUNT NO.:  1100 |
| 3608 W 26TH ST | | |
| | CLAIM:  0.00 | |
| ERIE, PA  16506 | COMMENT:  22/SCH*INCL IN CL#2 | |

---

| PNC BANK NA | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| PO BOX 94982 | Court Claim Number:8 | ACCOUNT NO.:  2777 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  PMT/CONF~LTCD*250X60+2=LMT*$CL-PL@6.292%/PL | |

---

| MACDONALD ILLIG JONES ET AL | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 100 STATE ST STE 700 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ERIE, PA  16507-1498 | COMMENT: | |

---

| BERKHEIMER TAX ADMINISTRATOR** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| HAB DLT LEGAL | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 20662 | | |
| | CLAIM:  0.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  NO$~NO YRS~EIT~SD BORO?/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:9 | ACCOUNT NO.:  5895 |
| PO BOX 7317 | | |
| | CLAIM:  1,383.66 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO$~NO YRS/SCH*18-21 EST/CL*1361.80/PL | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number: | ACCOUNT NO.: |
| STRAWBERRY SQ | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128 | COMMENT:  NO$~NO YRS/SCH | |

| | | |
|---|---|---|
| **ACL** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 740631 | Court Claim Number: | ACCOUNT NO.:  9192 |
| | CLAIM:  0.00 | |
| CINCINNATI, OH  45274-0631 | COMMENT: | |

| | | |
|---|---|---|
| **CENTERS FOR REHAB** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| GIANT EAGLE PLAZA | Court Claim Number: | ACCOUNT NO.:  8955 |
| 98 ALLEGHENY RIBER BLVD | | |
| | CLAIM:  0.00 | |
| VERONA, PA  15147 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CLEVELAND CLINIC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 931517 | Court Claim Number: | ACCOUNT NO.:  3886 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44193-1655 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CONSUMER REPORTS** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 53000 | Court Claim Number: | ACCOUNT NO.:  8736 |
| | CLAIM:  0.00 | |
| BOULDER, CO  80322 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **NATIONAL FUEL GAS DISTRIBUTION CORP** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2081 | Court Claim Number:5 | ACCOUNT NO.:  6909 |
| | CLAIM:  445.55 | |
| ERIE, PA  16512 | COMMENT: | |

| | | |
|---|---|---|
| **NATIONAL FUEL GAS** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1100 STATE ST | Court Claim Number: | ACCOUNT NO.:  9206 |
| | CLAIM:  0.00 | |
| ERIE, PA  16501 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **FIRST ENERGY*** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5001 NASA BLVD | Court Claim Number: | ACCOUNT NO.:  3145 |
| | CLAIM:  0.00 | |
| FAIRMONT, WV  26554 | COMMENT:  PENELEC/SCH | |

| | | |
|---|---|---|
| **SPECTRUM** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5520 WHIPPLE AVE | Court Claim Number: | ACCOUNT NO.:  0046 |
| NW N CANTON | | |
| | CLAIM:  0.00 | |
| NORTH CANTON, OH  44720 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4187 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 261.37<br>COMMENT: X8752/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5895 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3384 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3715 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9403 |
| **WASTE MANAGEMENT\* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2370 |
| **HOWARD HANNA REAL ESTATE**<br>6310 FORBES AVE<br><br>PITTSBURGH, PA 15217 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BARBARA PIERCE**<br>3063 WEST 11TH ST<br><br>ERIE, PA 16505 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 36,613.36<br>COMMENT: NUM NT/SCH\*MTG LIEN RELEASED 9/28/22\*CL=UNS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1197 |
| **ERIE COUNTY TAX CLAIM BUREAU\***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number:40 INT %: 9.00%<br>Court Claim Number:4<br><br>CLAIM: 0.00<br>COMMENT: SOLD\*21-028-082.0-015.01\*2021\*4662.11TTL/PL @SEC@9%~$660.19PRI/CL~STAT IS | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1501 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:41 INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:3 | ACCOUNT NO.: 1300 |
| 140 W 6TH ST RM 110 | | |
| | CLAIM: 0.00 | |
| ERIE, PA 16501 | COMMENT: SOLD*21-058-082.0-013.00*2021*18668.67TTL/PL@SEC@9%~$2147.31*PRI/CL~STAT | |

| | | |
|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:42 INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:2 | ACCOUNT NO.: 1100 |
| 140 W 6TH ST RM 110 | | |
| | CLAIM: 1,818.95 | |
| ERIE, PA 16501 | COMMENT: 33-040-128.0-011.00*2021*PRI/CL~STAT ISSUE*TTL$13816.79@9%/PL*RSV~2B PD-E | |

| | | |
|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:1 | ACCOUNT NO.: 3100 |
| 140 W 6TH ST RM 110 | | |
| | CLAIM: 0.00 | |
| ERIE, PA 16501 | COMMENT: 16-030-061.0-131.00*2021*28779.08TTL@9%/PL~2bPD@SALE*PRI/CL=$2390.25*SOL | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: MORTGAGE PAID IN FULL |
| PO BOX 94982 | Court Claim Number:8 | ACCOUNT NO.: 2777 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44101 | COMMENT: CMBD @ CID 18 | |

| | | |
|---|---|---|
| **TUCKER ARENSBERG PC** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1500 ONE PPG PL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222-5401 | COMMENT: /RESPONCE | |

| | | |
|---|---|---|
| **RONDA J WINNECOUR PA ID #30399**** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.: $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM: 1,575.99 | |
| PITTSBURGH, PA 15219 | COMMENT: SEE DKT FOR DETAILS | |

| | | |
|---|---|---|
| **RONDA J WINNECOUR PA ID #30399**** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.: $/OE W RIDGE RD |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM: 1,509.50 | |
| PITTSBURGH, PA 15219 | COMMENT: SEE DKT FOR DETAILS | |