IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 22-10434 JCM |
| KEITH A. PIERCE, | CHAPTER 13 |
| Debtor | |
| STEPHEN H. HUTZELMAN | Related to Doc. No. |
| Movant | |
| v. | |
| NO RESPONDENT | |

## CERTIFICATION OF NO OBJECTION REGARDING
## ON PROFESSIONAL FEE APPLICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection, or other responsive pleading to the **PROFESSIONAL FEE APPLICATION** filed and served on **SEPTEMBER 16, 2024** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection, or other responsive pleading to the **PROFESSIONAL FEE APPLICATION** appears thereon.  Pursuant to the Notice of Hearing, Objections to the **PROFESSIONAL FEE APPLICATION**  were to be filed and served no later than **OCTOBER 4, 2024.**

It is hereby respectfully requested that the Order attached to the **PROFESSIONAL FEE APPLICATION** be entered by the Court.

RESPECTFULLY SUBMITTED,

By:/s/   Stephen H. Hutzelman
Stephen H. Hutzelman, Esquire
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Facsimile: (814) 459-8996
Email: stephen@hh-legal.com
PA ID 06541

Dated: October 9, 2024