IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KEITH A. PIERCE,

                    Debtor

STEPHEN H. HUTZELMAN

                    Movant

        v.

NO RESPONDENT

CASE NO. 22-10434 JCM

CHAPTER 13

Related to Doc. No.  145

ORDER

AND NOW, this _9th_ day of __October__, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Application for Compensation is GRANTED in the amount of $9,244.00 in fees and $844.50 in costs for services performed by Counsel for the Debtor for the period between SEPTEMBER 24, 2022 and SEPTEMBER 13, 2024.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $16,044.00 in fees and $2,748.48 in costs.

3. A total of $9,244.00 in compensation and $844.50 in costs remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

BY THE COURT:

_____
                          jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
10/9/24 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 22-10434-JCM

Keith A. Pierce                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: auto                                      Page 1 of 1
Date Rcvd: Oct 09, 2024                     Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

**Recip ID**              **Recipient Name and Address**
db                    +   Keith A. Pierce, 1748 Clifford Dr., Erie, PA 16505-2806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

**Name**                     **Email Address**

Denise Carlon
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Maribeth Thomas
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Stephen H. Hutzelman
                    on behalf of Debtor Keith A. Pierce stephen@hh-legal.com  shutzelman@ecf.inforuptcy.com;ann@hh-legal.com

TOTAL: 5