**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

In re:                                                                                            CASE NO.: 22-10434
                                                                                                          CHAPTER 13
Keith A. Pierce,
   Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Sherri Dicks, Esq.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane
                                         & Partners, PLLC
                                         Attorneys for Secured Creditor
                                         13010 Morris Rd., Suite 450
                                         Alpharetta, GA 30004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/Sherri Dicks
                                             Sherri Dicks, Esquire
                                             Pennsylvania Bar No. 90600
                                             Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on December 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

KEITH A. PIERCE
1748 CLIFFORD DR.
ERIE, PA 16505

Via electronic mail to:

HUTZELMAN AND HARMON
333 STATE STREET, SUITE 203
ERIE, PA 16507

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222

                By: /s/ Angela Zuelke