IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE,<br>Debtor | CASE NO. 22-10434 JCM |
| KEITH A. PIERCE,<br>Movant<br>v.<br>NO RESPONDENT | Related to Doc. Nos. 154 and 156 |

CONSENT

Dennis M. Sloan, Esquire, Attorney for the Chapter 13 Trustee of the Western District of Pennsylvania in the within matter, hereby consents to the relief requested in the within Motion for Approval to Apply Insurance Proceeds to the invoice for repairs to the property of the Debtor, and agrees that said insurance proceeds should be used to pay said contractor as requested.

Office of the Chapter 13 Trustee
Western District of Pennsylvania

By: /s/ Dennis M. Sloan
Dennis M. Sloan, Esquire
PA ID 83784
Counsel for the Trustee WDPA

Dated: October 8, 2026