IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 GLT |
| Debtor | |
| KEITH A. PIERCE, | Related to Doc. Nos. 154, 156, 157 |
| Movant | |
| v. | |
| NO RESPONDENT | |

CERTIFICATE OF SERVICE OF
ORDER SCHEDULING HEARING, MOTION TO GRANT APPROVAL
TO APPLY INSURANCE PROCEEDS AND CONSENT OF TRUSTEE

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on October 8, 2022

The method of service made on the parties: SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov

SERVICE BY ELECTRONIC NOTIFICATION:

Dennis M. Sloan, Esq.
dsloan@chapter13trusteewdpa.com

Matthew Fissel, Esq.
bkgroup@kmllawgroup.com

Denise Carlon, Esq.
denise.carlon@mccalla.com

Maribeth Thomas, Esq.
mthomas@tuckerlaw.com

Sherri R. Dicks, Esq.
Shrdlaw@outlook.com

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: October 8, 2026

Respectfully submitted,

HUTZELMAN AND HARMON

By:/s/ Stephen H. Hutzelman
Stephen H. Hutzelman, Esq.
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
Stephen@hh-legal.com