IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 22-10434(JCM) |
| | ) | |
| KEITH A. PIERCE, | ) | |
| Debtor | ) | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter our appearance on behalf of the Erie County Tax Claim Bureau in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned, and that the name and address of the undersigned be added to the mailing matrix.

*/s/ Jennifer B. Hirneisen*
Jennifer B. Hirneisen
Pa. Supreme Court ID No. 93345
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7703
FAX (814) 454-4647
jhirneisen@mijb.com

Attorney for the Erie County Tax Claim Bureau

Dated: October 13, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 22-10434(JCM) |
| | ) | |
| KEITH A. PIERCE, | ) | |
| Debtor | ) | CHAPTER 13 |

**DECLARATION IN LIEU OF AFFIDAVIT**
**Regarding Request to be Added to the Mailing Matrix**

I am the attorney for the Erie County Tax Claim Bureau, a creditor in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

***Please check the appropriate box***

☒ that there are no other requests to receive notices on behalf of this creditor, or

☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

____________________________________
Creditor's Name

____________________________________
Creditor's Address

____________________________________
City, State, ZIP

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2026.

*/s/ Jennifer B. Hirneisen*
Jennifer B. Hirneisen
Attorney for the Erie County Tax Claim Bureau
Pa. Supreme Court ID No. 93345